**FILED**

01/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0540

Supreme Court No. 20-0540

LYNN MEHRING, FKA LYNN M. SANDEFER,
Plaintiff/Appellee

vs.

JEFFREY A. GOUDREAU AND LINDSAY B. GOUDREAU,
Defendants/Appellants.

ON APPEAL FROM THE ELEVENTH JUDICIAL DISTRICT COURT,
FLATHEAD COUNTY, HON. AMY P. EDDY, PRESIDING
Flathead County Cause No. DV-19-1039(A)
Order Granting Extension of Time

Upon consideration of Defendants and Appellants' motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants and Appellants are granted an extension of time up to and including February 18, 2021, within which to prepare, serve, and file their opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 20 2021